■ TRUDEAU SAND & GRAVEL, INC., Respondent, v RAYMOND R. BUSHEY, INC., et al., Appellants.—Appeal from a judgment of the Supreme Court in favor of plaintiff, entered November 19, 1984 in Essex County, upon a verdict rendered at Trial Term (Shea, J.).

Judgment affirmed, with costs *(see, Oltarsh v Aetna Ins. Co.,* 15 NY2d 111, 118). Kane, J. P., Casey, Yesawich, Jr., Levine and Harvey, JJ., concur.

■ HELEN M. TAUBMAN, Respondent, v JULIUS P. TAUBMAN, Appellant.—Appeal from an order of the Supreme Court at Special Term (Dier, J.), entered September 24, 1984 in Essex County, which granted plaintiff's motion for a money judgment for arrearages of maintenance and support and for counsel fees.

Inasmuch as the order was entered upon defendant's default, defendant cannot appeal (CPLR 5511; *see, Tongue v Tongue,* 97 AD2d 638, *affd* 61 NY2d 809).

Appeal dismissed, with costs. Kane, J. P., Casey, Yesawich, Jr., Levine and Harvey, JJ., concur.